IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

ROBERT WIRTZ, JR.,
    PLAINTIFF,

v.

CASE NO. CIV-20-1289-G

MARY DAVIDSON, WARDEN MARTIN, LT. HOWE, SGT. LOAN, SGT. THOMPSON, C.O. YATES, AND OTHER JOHN DOES TO BE NAMED,

FILED
DEC 28 2020
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

## PETITION FOR RELIEF PURSUANT TO 42 U.S.C. § 1983

PETITIONER, ROBERT WIRTZ, JR. #198927, NFCC, 1605 E. MAIN ST. SAYRE, OK. 73662, RESPECTFULLY SEEKS RELIEF AGAINST DEFENDANTS, STATE DEPT. OF CORR. EMPLOYEES:

1. CASE MANAGER, MARY DAVIDSON, NFCC
2. WARDEN MARTIN, NFCC 1605 E. MAIN, SAYRE, OK 73662
3. LT. HOWE, NFCC    "    "    "
4. SGT. LOAN, NFCC    "    "    "
5. SGT. THOMPSON, NFCC    "    "    "
6. C.O. YATES, NFCC    "    "    "
7. JANE DOE, HEALTH SERVICES ADMIN.    "    "
8. OTHER JOHN/JANE DOES TO BE NAMED.

## SUMMARY OF CLAIM

I. DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS.

II. RETALIATION FOR SEEKING LEGAL REDRESS

III. DENIAL/INTERFERENCE WITH ACCESS TO COURTS

IV. VIOLATIONS OF RELIGIOUS FREEDOMS

V. ADA VIOLATIONS

VI. CONSPIRACY TO VIOLATE CIVIL RIGHTS

## PRELIMINARY FACTS

Petitioner has been housed at North Fork Corr. Center (NFCC) since January of last year. When he arrived, he was litigating WYATT v. REGALADO, 18-CV-599-N, D. OK (See published case). Petitioner also has pending his motion for Postconviction Relief but defendants refuse to provide him access to a law library for month after month (Jane Doe, Law Librarian and Warden Martin, Lt. Doyle), refuse to allow him to call an attorney (Sgt. Loan, Lt. Doyle, Warden Martin) and have placed him in Solitary Confinement, refuse to allow him phone calls, refuse to allow him his legal materials, refuse to answer any grievances - though petitioner has submitted dozens in the last 30 days on all relevant issues. Petitioner missed a deadline under the PLRA because defendants refused to provide his legal materials, legal call and access to a law library. Defendants refuse to provide forms for this action, deny pain management for spinal stenosis and hernia that is effective, refuse to do surgery for hernia, refuse to provide preventive measures (Wrap, support garment for hernia), refuse to provide mental health doctor for over 6 weeks (from 11-01-20 to date), refuse to provide oral surgeon consultation for serious

-2-

medical need, harass, intimidate and even threaten petitioner for seeking legal redress. Defendants further force petitioner to continue on a Jewish Kosher diet months after he has converted to Christianity and destroy his written requests to have diet changed in violation of his religious freedom; conspire as a unit to oppress, harass, intimidate and retaliate against petitioner for his seeking redress for his disability and serious medical needs and refuse to recognize medical marijuana as an option in Oklahoma for pain, arthritis, stenosis, depression, insomnia, anxiety, IBS, hernia pain and more.

Petitioner will submit detailed facts when he obtains proper form/s for §1983 from this Honorable Court and respectfully requests the same and leave to amend this complaint.

He demands a jury trial and damages in excess of 500k; TRO to halt retaliation & injunctive relief. Respectfully Submitted

Robert Wintz #198927
NFCC 1605 E. Main St
Sayre, OK 73662