IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT WIRTZ, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-20-1289-D |
| ) | |
| MARY DAVIDSON, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court for review of the Report and Recommendation [Doc. No. 8], issued by United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Erwin recommends dismissing the action without prejudice for Plaintiff's failure to comply with the Court's orders.

Judge Erwin advised Plaintiff of his right to object and directed that any objection be filed on or before February 22, 2021. Judge Erwin further advised Plaintiff that any failure to object would result in waiver of the right to appellate review. The deadline for filing objections has passed. To date, Plaintiff has not filed objections and has not sought an extension of time in which to do so.

Accordingly, Judge Erwin's Report and Recommendation [Doc. No. 8] is **ADOPTED** as though fully set forth herein. Plaintiff's Motion for Enlargement of Time [Doc. No. 7] is **DENIED**, Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* [Doc. No. 2] is **DENIED**, and this action is **DISMISSED** without prejudice. A judgment shall be issued forthwith.

**IT IS SO ORDERED** this 11th day of March 2021.

*[signature]*

TIMOTHY D. DeGIUSTI
Chief United States District Judge